IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY CLARK,

      Plaintiff,

v.

J. WATERMANN, ROBERT HABLE, DR. COX,
JERRY SWEENEY JONI SHANNON-SHARPE,
SHIRLEY GATES, CARRIE SUTTER, KELSEY
LUND, LORI ALSUM, WILLIAM BROWN,
LEO HAMMER, ANTHONY BROADBENT,
WELCOME ROSE and GARY BOUGHTON,

      Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-333-bbc

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

      (1) denying plaintiff leave to proceed and dismissing his claims against defendants J. Watermann, Robert Hable and Dr. Cox; and

      (2) granting Jerry Sweeney, Joni Shannon-Sharpe, Shirley Gates, Carrie Sutter, Kelsey Lund, Lori Alsum, William Brown, Leo Hammer, Anthony Broadbent, Welcome Rose and Gary Boughton's motion for summary judgment and dismissing this case.

| /s/ | 11/2/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |